UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Judith M. Ansell,

Plaintiff,

v.

Ergotron, Inc.,

Defendant.

CIVIL 00-1905 PAM/JGL

**ORDER OF DISMISSAL**

---

The court having been advised that the above captioned case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

DATED: December 4, 2000

**PAUL A. MAGNUSON**, Chief Judge
United States District Court

FILED DEC 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________