**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Judith M. Ansell, Court File No. 00-1905 PAM/JGL

Plaintiff,

vs.

Ergotron, Inc.,

Defendant.

**STIPULATION FOR ENTRY OF ORDER OF DISMISSAL WITH PREJUDICE**

---

The undersigned attorneys for the above-captioned parties do hereby stipulate and agree to the entry of the attached order dismissing this matter with prejudice and without costs, expenses or attorneys' fees to either party.

Dated this 12 day of December, 2000

**NICHOLS KASTER & ANDERSON**

Donald H. Nichols
*Attorneys for Plaintiff*
4644 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-1919

Dated this 12 day of December, 2000

**KRASS MONROE, P.A.**

Phillip R. Krass ID#58051
C. John Jossart ID#295048
*Attorneys for Defendant*
1100 Southpoint Office Center
1650 West 82nd Street
Bloomington, MN 55431-1447
Telephone: (952) 885-5999

FILED JAN 17 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the stipulation of the parties above-named it is hereby ordered that the above-entitled matter be dismissed with prejudice and without costs, expenses or attorneys' fees to either party.

Dated this 10th day of January, 2001

Judge, United States District Court

G:\WPDATA\E\ERGOTRON\008\PLD\STIP FOR ENTRY OF ORDER OF DISMISSAL.DOC